W. Gordon Dobie (*pro hac vice*)
wdobie@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 58-5700

Jeanifer E. Parsigian (SBN: 289001)
jparsigian@winston.com
Dana L. Cook-Milligan (SBN: 301340)
dlcook@winston.com
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA  94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Plaintiff MegaFon PJSC*

Clara J. Shin (Bar No. 214809)
Amy S. Heath (Bar No. 312516)
Udit Sood (Bar No. 308476)
Hannah M. Chartoff (Bar No. 324529)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-mail: cshin@cov.com, usood@cov.com, aheath@cov.com

John E. Hall (Bar No. 118877)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
E-mail: jhall@cov.com

Kurt G. Calia (Bar No. 214300)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4717
E-mail: kcalia@cov.com, kcahoy@cov.com

*Counsel for Defendant*
*Hewlett Packard Enterprise Co.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MEGAFON PJSC, a Russian corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, a Delaware corporation,<br><br>    Defendant. | Civil Case No.: 5:18-cv-06463-NC<br><br>**JOINT STIPULATION AND] ORDER OF DISMISSAL OF PROCEEDINGS WITH PREJUDICE** |

Plaintiff MegaFon PJSC and Defendant Hewlett Packard Enterprise Co. (collectively, the "Parties"), by and through undersigned counsel, being all parties who have appeared in the above-captioned action, stipulate and agree to dismiss with prejudice the entire action and all claims being asserted against Defendant Hewlett Packard Enterprise Co. in the above-captioned action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each side shall bear its own costs and attorneys' fees.

Dated:  August 24, 2020

WINSTON & STRAWN LLP
/s/ W. Gordon Dobie
W. Gordon Dobie (*pro hac vice*)
wdobie@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Jeanifer Parsigian (SBN: 289001)
jparsigian@winston.com
Dana L. Cook-Milligan (SBN:301340)
dlcook@winston.com
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Attorneys for Plaintiff*
*MEGAFON PJSC*

Dated:  August 24, 2020

COVINGTON & BURLING LLP
/s/ John E. Hall
Clara J. Shin (Bar No. 214809)
Amy S. Heath (Bar No. 312516)
Udit Sood (Bar No. 308476)
Hannah M. Chartoff (Bar No. 324529)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-mail: cshin@cov.com, usood@cov.com, aheath@cov.com

```
 1
 2        John E. Hall (Bar No. 118877)
          COVINGTON & BURLING LLP
 3        One CityCenter
          850 Tenth Street, NW
 4        Washington, DC 20001-4956
          Telephone: (202) 662-6000
 5        Facsimile: (202) 662-6291
          E-mail: jhall@cov.com
 6
          Kurt G. Calia (Bar No. 214300)
 7        Kathryn E. Cahoy (Bar No. 298777)
          COVINGTON & BURLING LLP
 8        3000 El Camino Real
          5 Palo Alto Square, 10th Floor
 9        Palo Alto, CA 94306-2112
          Telephone: (650) 632-4700
10        Facsimile: (650) 632-4717
          E-mail: kcalia@cov.com, kcahoy@cov.com
11
          Counsel for Defendant
12        Hewlett Packard Enterprise Co.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

3

JOINT STIPULATION AND [ ORDER OF DISMISSAL OF PROCEEDINGS WITH PREJUDICE CASE NO.:
5:18-cv-06463-NC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: <u>*/s/ W. Gordon Dobie*</u>

**ORDER**

Pursuant to the Stipulation of all parties who have appeared in the action and good cause appearing, the Court ORDERS the following:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action and all claims asserted in the above-captioned action by Plaintiff MegaFon PJSC against Defendant Hewlett Packard Enterprise Company are DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and attorneys' fees.

The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  August 24, 2020



The Honorable Nathanael Cousins
United States Magistrate Judge